**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lawrence HUGHES, Defendant—
Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**Horace Green, Defendant—Appellant.**

**Nos. 05–50884, 05–50951.**

United States Court of Appeals,
Ninth Circuit.

Feb. 27, 2007.

Becky S. Walker, Esq., Rosalind Wang, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Myra Mossman, Santa Barbara, CA, for Lawrence Hughes.

Kyle Gee, Esq., Henrikson & Gee, Oakland, CA, for Horace Green.

Before: CANBY, THOMAS, and WARDLAW, Circuit Judges.

ORDER

*United States v. Hughes*, No. 05–50884, —— Fed.Appx. ——, 2007 WL 683968 (9th Cir.2007) is resubmitted for decision as of the filing of this order.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The above cases are consolidated for the purpose of decision.